| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Briscoe, Mary B | 2. Court or Organization<br>U.S. Court of Appeals,10th Cir | 3. Date of Report<br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>Circuit Judge/Active | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>645 Massachusetts, Suite 400<br>Lawrence, KS 66044 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    '84-pres | Kansas Public Employees Retirement System (KPERS)-Judges' Retirement Program-vested-will draw benefits upon retirement |

RECEIVED May 13 11 28 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | KU Law School - Director, Legal Aid Clinic |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Wichita Bar Association | 4/11/03 Mileage -- CLE presenter |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ■ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Capitol Federal-savings | B | Interest | L | T | | | | | |
| 2. Capitol Federal-checking | A | Interest | J | T | | | | | |
| 3. Capitol Federal-CD's | A | Interest | K | T | | | | | |
| 4. Invesco Dyanmics Fund (formerly United Mo. Bk) | | None | | | Sell | 10/22 | J | | |
| 5. Vanguard Variable Annuity (formerly Sec. Benefit) | D | Interest | K | T | | | | | |
| 6. ING-IRA (formerly Aetna) | | Dividend | K | T | | | | | |
| 7. ING-SEP (formerly Aetna) | B | Interest | M | T | | | | | |
| 8. ING-Deferred comp (formerly Aetna) | E | Div&Int | N | T | | | | | |
| 9. Royal Alliance-mun.bond (Denham Spgs.) | B | Interest | K | T | | | | | |
| 10. Reliant Energy | | None | | | Sell | 6/19 | J | A | |
| 11. Centerpoint Energy (spinoff from Reliant Energy) | | None | | | Sell | 6/19 | J | | |
| 12. USAA-Tax ex.longterm | B | Interest | K | T | | | | | |
| 13. USAA-subscr.svgs | A | Dividend | J | T | | | | | |
| 14. Ks.Tax Ex.Tr.Fd. | A | Interest | J | T | | | | | |
| 15. Alliance Growth Fd. | | None | | | Partial Sale | 6/19 | K | | |
| 16. Alliance Growth Fd. | | None | | | Partial Sale | 10/21 | K | | |
| 17. Sun America Money Market | B | Interest | J | T | | | | | |
| 18. Cowley Co. USD 470-bds | B | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. H.Davidson-stock | A | Dividend | K | T | | | | | |
| 20. ING-CAB-KsBdRegents Ret.(def.comp) (formerly Aetna) | D | Div&Int | L | T | | | | | |
| 21. Alliance Premiere Growth Fd,Class B | | None | | | Sell | 10/20 | J | | |
| 22. AIM Constellation Fund, Class B | | None | | | Sell | 7/2 | J | | |
| 23. AIM Blue Chip Fund, Class B | | None | | | Sell | 7/2 | J | | |
| 24. AIM Charter Fund | | None | | | Sell | 7/2 | J | | |
| 25. AIM Pr.Equity Fd (formerly Value Fund) | | None | | | Sell | 7/2 | J | | |
| 26. AIM International Growth Fd (formerly Equity Fd) | | None | | | Sell | 7/2 | J | | |
| 27. AIM Lifetime Plus II Variable Annuity(Glenbrook Life) | D | Interest | K | T | | | | | |
| 28. Alliance Health Care Fund | D | Dividend | K | T | | | | | |
| 29. ISHARES TR S&P stock | A | Dividend | K | T | | | | | |
| 30. Alliance Capital Reserves Fd | | None | | | Sell | 7/2 | K | | |
| 31. Sedgwick Co. Ks. School Bond | A | Interest | K | T | Buy | 6/27 | K | | |
| 32. Harbor Bond Fund | A | Interest | K | T | Buy | 10/21 | K | | |
| 33. Dodge & Cox Stock Fund | A | Dividend | K | T | Buy | 11/19 | K | | |
| 34. 3rd Ave. Intern'l Value Fund | A | Interest | J | T | Buy | 11/4 | J | | |
| 35. Vanguard Intermediate Term-Mun. Bond Fund | B | Interest | K | T | Buy | 1/17 | K | | |
| 36. Vanguard Intermediate Term-Mun. Bond Fund | B | Interest | J | T | Buy | 6/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Vanguard Intermediate Term-Mun. Bond Fund | B | Interest | K | T | Buy | 7/15 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Briscoe, Mary B | * | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date _May 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544